Kevin Hong (SBN299040)
adadvocates@gmail.com
ADVANCED DISABILITY ADVOCATES
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile: (310) 634-1258

Attorneys for Plaintiff
YONG KOO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG KOO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>E.M. PIZZA, INC. d/b/a DOMINO'S PIZZA #8358; SUNLAS BUILDING, LLC; and DOES 1 to 10 inclusive,<br><br>　　　　Defendants. | **Case No.: 2:19-cv-01879-GW (KSx)**<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>*([Proposed] Order lodged concurrently herewith)*<br><br>Complaint Filed:　March 14, 2019<br>Trial Date:　　　　None |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff YONG KOO and Defendant Sunlas Building, LLC that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed in its entirety and with prejudice as to all claims and causes of action.  The parties to this Stipulation are to bear their respective costs and attorneys' fees.

DATED:  June 25, 2019          ADVANCED DISABILITY ADVOCATES

By:  */s/ Kevin Hong*
　　　Kevin Hong, Esq.
　　　Attorney for Plaintiff

DATED:  June 25, 2019          **Law Office of Julie A. Herzog**

By:  _____*Julie A. Herzog*_____
　　　Julie A. Herzog, Esq.
　　　Attorneys for Defendant

### SIGNATURE CERTIFICATION

　　I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained opposing counsel's authorization to affix his electronic signature to this document.

By:  */s/ Kevin Hong*
　　　Kevin Hong, Esq.

STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)