# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG KOO,<br><br>Plaintiff,<br><br>vs.<br><br>E.M. PIZZA, INC. d/b/a DOMINO'S PIZZA #8358; SUNLAS BUILDING, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | **Case No.: CV 19-1879-GW-KSx**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>Complaint Filed: March 14, 2019<br>Trial Date: None |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: June 26, 2019

_____
GEORGE H. WU, U.S. District Judge